IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kathleen Ryan Miller, Jerry King, Autumn Saxton-Ross, Joan M. Hamilton, Kylene Tillotson, Amy C. Herrick, Diane F. Holzheimer, Jeffrey Larson, Mari Ann Emmett, Steven Fintel, Verona Von Pfetten, Steve Hawley, Christopher J. Lepore, Robert Byington, Ron Hoogenakker, and Mary A. Schumaker, on behalf of themselves and all others similarly situated in Arizona, Arkansas, California, the District of Columbia, Florida, Hawaii, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Nebraska, Nevada, New Mexico, New York, North Carolina, North Dakota, Puerto Rico, South Dakota, Tennessee, Vermont, West Virginia, and Wisconsin;<br><br>               Plaintiffs,<br>     v.<br>Ajinomoto Company, Inc.; Ajinomoto U.S.A., Inc.; Ajinomoto Euro-Aspartame S.A.; Ajinomoto Switzerland A.G.; Daesang Corporation f/k/a Miwon Co., Ltd.; Daesang America, Inc., f/k/a/ Miwon America, Inc.; Monsanto Company; The NutraSweet Company; NutraSweet A.G.; Euro-Aspartame S.A.; Holland Sweetener Company V.O.F.; Holland Sweetener North America, Inc.; and John Does 1-100;<br><br>               Defendants. | Court File No. 06-1862 |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter my appearance in this matter on behalf of Defendant Daesang America, Inc., f/k/a/ Miwon America, Inc.

                              Respectfully submitted,

                              GARY A. WILSON, ESQUIRE
                              POST & SCHELL, P.C.
                              Four Penn Center, 13th Floor
                              1600 John F. Kennedy Blvd.
                              Philadelphia, PA 19103
                              215-587-1161 (telephone)
                              215-587-1444 (facsimile)

Dated: June 5, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused a true and correct copy of the foregoing Notice of Appearance to be served by U.S. First Class Mail, postage prepaid, upon the following at the addresses indicated:

David Boies
Timothy D. Battin
Ian Otto
Nathan Cihlar
STRAUS & BOIES, LLP
4041 University Dr.
Fairfax, VA  22030

Wyatt Durrette
Christine Williams
Halliday Moncure
DURRETTE BRADSHAW PLC
Main Street Center
20th Floor
600 East Main St.
Richmond, VA  23219

Jeffrey Bartos
Jon Rolfe
GUERRIERI, EDMOND & CLAYMAN, PC
1625 Massachusetts Ave., NW
Suite 700
Washington, DC  20036

Andrew Friedman
BONNETT, FAIRBOURN & BALINT, PC
2901 N. Central Ave,
Suite 1000
Phoenix, AZ  85012

Van Bunch
BONNETT, FAIRBOURN & BALINT, PC
57 Carriage Hill
Signal Mountain, TN  37377

Andrew Nickelhoff
SACHS WALDMAN, PC
1000 Farmer St.
Detroit, MI 48226

Gregory Erlandson
BANGS, MCCULLEN LAW FIRM
P.O. Box 2670
Rapid City, SD 57709

James Wyatt
WYATT & BLAKE, LLP
435 E. Morehead St.
Charlotte, NC 28202-2609

Susan LaCava
SUSAN LACAVA, SC
23 N. Pinckney
Suite 300
Madison, WI 53703

Daniel Hume
KIRBY, MCINERNEY & SQUIRE, LLP
830 Third Ave.
10th Floor
New York, NY 10022

David Freedman
FREEDMAN, BOYD, DANIELS, HOLLANDER
& Goldberg, PA
20 First Plaza
Suite 700
Albuquerque, NM 87102

James A. G. Hamilton
BURNS & LEVINSON, LLP
One Beacon Street
Boston, MA 02108

Darin M. Conklin
ALDERSON, ALDERSON, WEILER, CONKLIN,
BURGHART & CROW, LLC
2101 SW 21st Street
Topeka, KS 66604

Larry C. Wallace<br>
1005 Downing Street,<br>
Benton, Arkansas  72015-2392

Dated: June 5, 2006

/s/ Gary A. Wilson

GARY A. WILSON, ESQUIRE