APPENDIX X

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Kathleen Ryan Miller, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Ajinomoto Company, Inc., et al. | : | |
| | : | NO.   2:06-CV-1862-LDD |

### ORDER

AND NOW, this _____ Day of _____ , 200__ , it is hereby

ORDERED that the application of <u>Ian Otto</u> _____ , Esquire, to practice in this

court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐   GRANTED.

☐   DENIED.

_____ J.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:06-CV-1862-LDD

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

## I. APPLICANT'S STATEMENT

I, _____Ian Otto_____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____2057_____, for the $40.00 admission fee.

*A.   I state that I am currently admitted to practice in the following state jurisdictions:*

| Maryland | 12/15/1999 | N/A |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) . |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

*B.   I state that I am currently admitted to practice in the following federal jurisdictions:*

| USDC Maryland | 08/07/2006 | N/A |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

*C.   I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*          Plaintiff, Kathleen Ryan Miller

(Applicant's Signature)

02/05/2007
(Date)

## APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

4041 University Dr.

5th Floor

Fairfax, VA  22030

Sworn and subscribed before me this

6th Day of February 200 7

Notary Public

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Feb 18, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Ian Otto___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good.  I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

___Krishna Narine___    ___K N___    ___9/20/1989___    ___52238___
Sponsor's Name            Sponsor's Signature        Admission date        Attorney
                                                                                            Identification No.

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

___Law Office of Krishna B. Narine P.C.___
___7839 Montgomery Ave   3rd Floor___
___Elkins Park, PA 19027   (215) 782-3240___

Sworn and subscribed before me this

___6___ Day of ___Feb___, 200 ___7___

_____
Notary Public

```
NOTARIAL SEAL
Andrew Kraft, Notary Public
Jenkintown Boro., Montgomery County
My Commission Expires October 18, 2008
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION |
|  | : |  |
| v. | : |  |
|  | : |  |
|  | : | NO. |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of _____Ian Otto_____

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was mailed today with

postage prepaid to:

Counsel on the attached list of Counsel

_____

_____

_____/s/_____
Signature of Attorney

_____Krishna Narine_____
Name of Attorney

_____Plaintiff_____
Name of Moving Party

_____02/06/07_____
Date

# ATTACHMENT A
## Aspartame Counsel

### Plaintiffs' Leads

David Boies
Timothy D. Battin
Ian Otto
Nathan Cihlar
**Straus & Boies, LLP**
4041 University Drive
Fairfax, Virginia 22030

### CA Plaintiffs' Leads

David Boies
Timothy D. Battin
Ian Otto
Nathan Cihlar
**Straus & Boies, LLP**
4041 University Drive
Fairfax, Virginia 22030

Guido Saveri
R. Alexander Saveri
Georffrey C. Rushing
Cadio Zirpoli
**Saveri & Saveri, Inc.**
111 Pine Street
Suite 1700
San Francisco, CA  94111

Mario Alioto
Lauren Russell
**Trump, Alioto, Trump & Prescott**
2280 Union Street
San Francisco, CA 94123

### Plaintiffs' Executive Committee

Daniel Hume
David Kovel
**Kirby, McInerney & Squire, LLP**
830 Third Ave.
10th Floor
New York, NY 10022

Michael G. Simon
Kevin M. Pearl
**Frankovitch, Anetakis, Colantonio & Simon**
337 Penco Road

Weirton, WV 26062

Wyatt Durrette
Christine Williams
Halliday Moncure
**Durette Bradshaw PLC**
Main Street Center, 20th Floor
600 East Main Street
Richmond, Virginia 23219

John W. Housley
Nicole D. Lindsey
Angela K. Drake
**Lowther Johnson, LLC**
901 St. Louis Street
20th Floor
Springfield, MO 65806

Indirect Purchaser Plaintiffs' Liaison Counsel

Krishna B. Narine
**Law Office of Krishna B. Narine**
7839 Montgomery Ave.
Third Floor
Elkins Park, PA 19027

Other Plaintiffs' Counsel

Andrew Nickelhoff
**Sachs Waldman, P.C.**
1000 Farmer Street
Detroit, Michigan 48226

Gregory Erlandson
**Bangs, McCullen Law Firm**
P.O. Box 2670
Rapid City, South Dakota 57709

James Wyatt
**Wyatt & Blake, L.L.P.**
435 E. Morehead Street
Charlotte, North Carolina 28202-2609

Susan LaCava
**Susan LaCava, SC**
23 N. Pinckney, Suite 300
Madison, Wisconsin 53703

David Freedman
**Freedman, Boyd, Daniels, Hollander Goldberg & Ives, P.A.**

20 First Plaza, Suite 700
Albuquerque, New Mexico 87102

Eric G. Easterly
**Attorney-At-Law**
603 Pine Street
Elko, Nevada 89801

Gail Cosgrove
**Hisaka, Yoshida, Cosgrove & Ching**
Pacific Guardian Center, Mauka Tower
737 Bishop St, Suite 3000
Honolulu, HI 96813

Jeffrey Bartos
**Guerrieri, Edmond Clayman & Bartos, P.C.**
1625 Massachusetts Avenue, N.W., Suite 700
Washington, District of Columbia 20036

Andrew Friedman
**Bonnett, Fairbourn, Friedman & Balint, P.C.**
57 Carriage Hill
Signal Mountain, Tennessee 37377

James G. Hamilton
**Burns & Levinson, L.L.P.**
One Beacon Street
Boston, Massachusetts 02108

Darin M. Conklin
**Alderson, Alderson, Weiler, Conklin,
Burghart & Crow, L.L.C.**
2101 S.W. 21st Street
Topeka, Kansas 66604

Larry C. Wallace
**Attorney-At-Law**
1005 Downing Street
Benton, Arkansas 72015-2392

Jordan Lewis
**Siegel, Brill, Greupner, Duffy & Foster, P.A.**
1300 Washington Square
100 Washington Avenue South
Minneapolis, MN 55401

*Counsel for Plaintiffs Kathleen Ryan Miller et al.*

Randy Renick
**Law Offices of Randy Renick**
The Marine Bldg Suite 204
128 North Fair Oaks Ave.
Pasadena, CA 91103

*Counsel for Plaintiff Soup Bases Loaded*

Joseph M. Patane
**Law Offices of Joseph M. Patane**
2280 Union Street
San Francisco, CA 94123

Lawrence G. Papale
**Law Offices of Lawrence G. Papale**
1308 Main Street #117
St. Helena, CA 94574

*Counsel for Plaintiff Lee Brothers Inc.*

Greg A. Lewen
**Miller, Schwartz & Miller, P.A.**
2435 Hollywood Blvd.
Hollywood, FL 33020

*Counsel for Plaintiff Joshua A. Golembe*

Brian Barry
**Law Office of Brian Barry**
1801 Avenue of the Stars, Suite 307
Los Angeles, CA 90067

Susan P. Halpern
**Law Offices of Susan P. Halpern**
1420 Walnut Street, Suite 300,
Philadelphia, PA 19102

*Counsel for Yongmi Kim*

## Defendants' Counsel

James M. Becker
**Saul Ewing LLP**
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, Pennsylvania 19102

Michael R. Lazerwitz
Patricia M. McDermott
**Cleary, Gottlieb, Steen & Hamilton LLP**
2000 Pennsylvania Avenue, N.W.
Suite 9000
Washington, District of Columbia 20006

David C. Brownstein
**Heller Ehrman White & Mcauliffe LLP**
333 Bush Street
30th Floor
San Francisco, CA 94104-2878

*Counsel for Defendant Ajinomoto U.S.A., Inc.*

Richard L. Scheff
Lathrop B. Nelson, III
**Montgomery, McCracken, Walker & Rhoads, LLP**
123 South Broad Street
Philadelphia, PA 19109

Andrew S. Marovitz
Britt M. Miller
**Mayer, Brown, Rowe & Maw LLP**
71 South Wacker Drive
Chicago, Illinois 60606

Edward D. Johnson
**Mayer, Brown, Rowe & Maw LLP**
300-2 Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2112

*Counsel for Defendant Holland Sweetener North America, Inc.*

George G. Gordon
Carolyn H. Feeney
**Dechert LLP**
2929 Arch Street
Philadelphia, Pennsylvania 19104

David Marx, Jr.
**McDermott Will & Emery, LLP**
227 West Monroe Street, Suite 3100

Chicago, IL  60606

Jon B. Dubrow
**McDermott Will & Emery, LLP**
600 Thirteenth Street, N.W., 12th Floor
Washington, D.C. 20005

Carolyn Hazard Feeney
**Dechert LLP**
1717 Arch Street
4000 Bell Atlantic Tower
Philadelphia, PA 19103

George G. Gordon
Stephen A. Stack
**Dechert LLP**
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808

Peter J. Drobac
**McDermott Will & Emery, LLP**
3150 Porter Drive
Palo Alto, CA 94304

*Counsel for Defendants The NutraSweet Company, NutraSweet Property Holdings, Inc., J.W. Childs Associates, L.P. and Monsanto Company*

Richard Pacella
**Law Offices of Richard Pacella**
80 Broad St.
Ste 1200
New York, NY 10004

Gary A. Wilson
Mark L. Mattioli
**Post & Schell, PC**
Four Penn Center
13th Floor
1600 John F. Kennedy Boulevard
Philadelphia, PA 19103

*Counsel for Defendant Daesang America, Inc., f/k/a/ Miwon America, Inc.*