**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE ASPARTAME ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MASTER DOCKET NO.<br><br>2:06-CV-1862-LDD |

**DISCLOSURE STATEMENT FORM**

Please check one box:

☐   The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒   The nongovernmental corporate party, Daesang America, Inc., in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock: Daesang Corporation

    /s/ Gary A. Wilson
Gary A. Wilson, Esquire
Mark L. Mattioli, Esquire
POST & SCHELL, P.C.
Four Penn Center,
1600 John F. Kennedy Boulevard
Philadelphia, Pennsylvania 19103

*Counsel for Defendants Daesang Corporation f/k/a Miwon Company Ltd. and Daesang America, Inc. f/k/a Miwon America, Inc.*

Date: February 19, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused a true and correct copy of the foregoing Disclosure Statement Form to be served by U.S. First Class Mail, postage prepaid, upon the following at the addresses indicated:

George G. Gordon, Esquire
Carolyn H. Feeney, Esquire
DECHERT LLP
Cira Centre
2929 Arch St.
Philadelphia, PA  19104

David Marx, Jr., Esquire
MCDERMOTT WILL & EMERY LLP
227 W. Monroe Street
Chicago, IL  60606

Jon B. Dubrow, Esquire
McDERMOTT WILL & EMERY, LLP
600 Thirteenth Street, N.W., 12th Floor
Washington, DC 20005

Counsel for Defendant The NutraSweet Company

Andy Marovitz, Esquire
Britt M. Miller, Esquire
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, IL  60606

Richard L. Scheff, Esquire
Lathrop B. Nelson, III, Esquire
MONTGOMERY, McCRACKEN, WALKER
& RHOADS, LLP
123 South Broad Street
Philadelphia, PA 19109

Counsel for Defendants Holland Sweetener Company V.O.F.
and Holland Sweetener North America, Inc.

James M. Becker, Esquire
SAUL EWING LLP
Centre Square West
1500 Market ST., 38th Fl.
Philadelphia, PA  19102-2186

Michael R. Lazerwitz, Esquire
CLEARY, GOTTLIEB, STEEN & HAMILTON LLP
2000 Pennsylvania Ave., N.W.
Suite 9000
Washington, D.C. 20006

Counsel for Defendants Ajinomoto Co., Inc., Ajinomoto U.S.A., Inc.,
Ajinomoto Sweeteners Europe S.A.S. (formerly Ajinomoto Euro-Aspartame S.A.),
Ajinomoto Switzerland A.G., and Ajinomoto Food Ingredients LLC

W. Joseph Bruckner, Esquire
LOCKRIDGE, GRINDAL, NAUEN PLLP
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401

Daniel E. Gustafson, Esquire
Karla M. Gluek, Esquire
GUSTAFSON GLUEK PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402

Michael D. Hausfeld, Esquire
Benjamin D. Brown, Esquire
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, District of Columbia 20008

Co-Lead Counsel for the Direct Purchaser Class

I hereby certify that on this date, I caused a true and correct copy of the foregoing Disclosure

Statement Form to be filed electronically with the Court which in turn electronically served:

Dianne M. Nast, Esquire
RODA& NAST, P.C.
801 Estelle Drive
Lancaster, PA  17601

Liaison Counsel for Direct Purchaser Plaintiffs

Date:  February 19, 2007   /s/ Gary A. Wilson
　　　　　　　　　　　　　　GARY A. WILSON, ESQUIRE