**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE ASPARTAME INDIRECT PURCHASER ANTITRUST LITIGATION | Master Docket No. 2:06-CV-1862 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | August 30, 2007 |

**NOTICE OF NAME CHANGE**

Please take notice that effective August 31, 2007 the name of MAYER, BROWN, ROWE & MAW LLP will be:

**MAYER BROWN LLP**

*Our office address remains*:
71 South Wacker Drive
Chicago, Illinois  60606-4637
(312) 782-0600
(312) 707-7711 – Facsimile

Our email address will change from mayerbrownrowe.com to mayerbrown.com

Kindly use the new firm name in all pleadings, correspondence, and other documents after August 30, 2007.

Dated:  August 30, 2007                    Respectfully submitted,

          /s/ Britt M. Miller
          Andrew S. Marovitz
          Britt M. Miller
          MAYER, BROWN, ROWE & MAW LLP
          71 South Wacker Drive
          Chicago, IL  60606-4637
          (312) 782-0600
          (312) 701-7711 – Facsimile

*Attorneys for Defendants Holland Sweetener Company V.O.F.*
*and Holland Sweetener North America, Inc.*

1410145

**CERTIFICATE OF SERVICE**

      I, Britt M. Miller, an attorney, hereby certify that on August 30, 2007, I caused a true and correct copy of the foregoing **NOTICE OF NAME CHANGE**, to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

      __/s/ Britt M. Miller_____
Britt M. Miller
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, Illinois 60606
Phone: (312) 782-0600
Fax: (312) 701-7711
E-mail: bmiller@mayerbrownrowe.com